UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY KIRCHER, | Civil No. 2:08-CV-1061-CRD |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The COURT, upon review of the record herein, and noting the stipulation of the parties, does hereby ORDER:

The above-captioned case is reversed and remanded to the Commissioner of Social Security (Commissioner) for further administrative proceedings under sentence four of 42 U.S.C. Section 405(g).

On remand, the case will be remanded to an Administrative Law Judge for further proceedings, to include a new hearing, consideration of the opinion evidence of record and further consideration of the nature and severity of the plaintiff's impairments during the period at

Page 1        PROPOSED ORDER - [2:08-CV-1061-CRD]

1    issue.  Evidence will be obtained from a medical expert to assist in evaluating same.  If

2    necessary, consideration will be given to the materiality of substance abuse.

3           DATED this 20th day of January,  2009.

4

5

6

7                                          *Carolyn R. Dimmick*

8                                          Carolyn R. Dimmick
                                           United States District Judge
9

10

11

12

13

14
     Presentd by:
15
     s/ TERRYE E. SHEA,   WSB # 27609
16   Special Assistant U.S. Attorney
     Attorney for Defendant
17   Office of the General Counsel
     701 Fifth Ave, Ste 2900, M/S 901
18   Phone:  206-615-2143
     Fax:     206-615-2531
19   terrye.shea@ssa.gov

20

21

22

23

24

25

26

27

28   Page 2        PROPOSED ORDER - [2:08-CV-1061-CRD]